FILED
10/17/19 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Case No. 17-22123-GLT |
| BROWNSVILLE BERG ASSOCIATES, INC., | Chapter 7 |
| Debtor. | Hon. Gregory L. Taddonio |
| URBAN REDEVELOPMENT AUTHORITY OF PITTSBURGH, | Related to Dkt. No. 179<br>Hearing: October 17, 2019 at 10:00 a.m. |
| Movant, | |
| v. | |
| BROWNSVILLE BERG ASSOCIATES, INC., | |
| Respondent. | |

## MODIFIED ORDER

AND NOW, this 17th day of October, 2019, upon consideration of the foregoing Motion of the Urban Redevelopment Authority of Pittsburgh (the "URA") for an Order Authorizing the Authority to Secure and Stabilize the Brownsville Road Property Pursuant to 11 U.S.C. § 105 (the "Motion"), any response to the Motion, and any hearing respecting the Motion, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that the URA is authorized to use reasonable efforts to SECURE and STABILIZE the Brownsville Road Property, including but not limited to razing the garages, if deemed necessary, and/or building a security fence.

BY THE COURT:

_____
Gregory L. Taddonio, Judge  cgt

Movant shall serve a copy of this Order on the respondents, their counsel, the Trustee, and the US trustee. Movant shall file a Certificate of Service within (3) business days.

Case Administrator to serve: John R. Gotaskie, Jr., Esq.